ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:08-mj-2012 |
| | ) | Magistrate Judge Knowles |
| SUSANA ELIZABETH HERNANDEZ-SOTO | ) | |

## MOTION TO DISMISS

Comes the United States of America, by and through the United States Attorney for the Middle District of Tennessee, and moves the Court to dismiss the Complaint and Warrant filed against the defendant on April 11, 2008.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: s/Harold B. McDonough, Jr.
    HAROLD B. MCDONOUGH, JR.
    Assistant U. S. Attorney
    110 9th Avenue South
    Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: (615) 736-5151
    Fax: (615) 736-5323